MS. Cheri Shakur
8318 Fairview Rd
Elkins Park, PA 19027
Debtor
Pro Se

No. 18-15774, Chapter 7

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF PA

Cheri Shakur                                                                                          18-15774
Debtor

Federal Home Loan Mortgage
Movant

v.
Cheri Shakur
  and
Gary F. Sheitz (TRUSTEE)



FILED
NOV 29 2018
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

### NOTICE OF APPEAL

Notice is hereby given that Cheri Shakur, Debtor above named, hereby appeals to the United States Bankruptcy of PA the order entered in this matter on the 15t$^t$ day of November granting relief to Federal Home Loan Mortgage. This order has been entered in the docket as evidenced by the attached docket entry.

Date: 11/28/18

By: _____
Cheri Shakur

cc.: Judge Frank
Jerome Blank, Esquire
Marus Henson Esquire
Gary Sutz, Trustee
US Trustee
Cheri Shakur debtor
District Court, electronically

ATTACHMENTS:

_____Check # _____in amount of $ _____ Payable to the U.S. Bankruptcy Clerk Of Eastern PA.

_____Check #_____in amount of          payable to the Appellate Court.

_____Copy of Request for Transcript.

_____Proof of Service of All Parties in Trial Court, Trial Judge(s), Court

_____Reporter(s) and District Court Administrator.

_____Above referenced Docket Entry

Official Use Only:.
Ck #_____in the amount of      sent to the appellate court on_____.

By_____
                                       Deputy

MS. Cheri Shakur
8318 FAIRVIEW RD
ELKINS PARK, PA 19027                                         18-15774
Pro Se

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF PA

Cheri Shakur                                                  18-15774
Debtor

Federal Home Loans
Movant

v.
Cheri Shakur
  and
Gary F. Sheitz(TRUSTEE)

### *REQUEST FOR TRANSCRIPT*

[or statement Pursuant to 11 U.S.C. $362]

A notice of Appeal having been filed in this matter, Federal Home Loan Mortgage v. Cheri Shakur, the official court reporter(s) is/are hereby requested to produce, certify and file the transcript of the trial/hearing regarding Motion to amend order for relief modifying automatic stay and held on 14th day of November, 2018 in conformity with 11 U.S.C. $362.

\_\_\_ There is no verbatim record of the proceedings.

\_\_\_ The complete transcript has been lodged of record.

File in Duplicate

___I hereby certify that the official court reporter(s) has/have informed me that the approximate length of the transcript in this case is 0 pages; that the cost per page for the transcript is $ 0, and that the total estimated cost of this transcript will be $0.

Attached hereto is Check # _____ payable to the Court Reporter(s) for the deposit(s) required for commencement of transcription(s).

Date: 11-28-18

By: /s/ Cheri Shakur  11/28/18
Ms. Cheri Shakur
8318 Fairview Rd
Elkins Park, PA 1927

Debtor

MS. Cheri Shakur
8318 FAIRVIEW RD
ELKINS PARK, PA 19027                                    18-15774
Pro Se

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PA

Cheri Shakur

                                                                       Debtor

And

Gary F. Sheitz, Esquire (trustee)

    Plaintiff
    v.                                                    No. 18-15774

Federal Home Loans

                                                                       Movant

## ***CERTIFICATION OF SERVICE***

       Paul Jackson, Pro Se, for the above captioned matter, debtor certifies that a copy of the within Notice **of Appeal, Request for Transcript, and this Proof of** Service upon the persons and in the manner indicated below.

| *Manner of service* | *Name and Address* | *Name and Address* |
|---|---|---|
| Regular Mail | Gary . Sheitz , Esquire<br>221 North Cedar Blvd.<br><br>Allentown PA 18104 | Federal Home Loans Mortgage<br>C/O Phelan, Hallinan Diamond and Jones<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia PA 19101 |
| Regular Mail. | ited States Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia PA 19107 | |

Date: 11-28-18

By: *[signature: Cheri Shakur]*
Ms. Cheri Shakur
8318 Fairview Rd
Elkins Park, PA 19027
Debtor
Pro Se

Case 18-15774-elf    Doc 35    Filed 11/14/18    Entered 11/15/18 08:50:02    Desc Main
Document    Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| **CHERI SHAKUR** | : BK. No. 18-15774-elf |
| Debtor | : |
| | : Chapter No. 7 |
| **FEDERAL HOME LOAN MORTGAGE** | : |
| **CORPORATION** | : |
| Movant | : |
| v. | : |
| **CHERI SHAKUR** | : 11 U.S.C. §362(d) |
| and | : |
| **GARY F. SEITZ, ESQUIRE (TRUSTEE)** | : |
| Respondents | : |

### ORDER GRANTING IN REM RELIEF FROM §362(d) AUTOMATIC STAY WITH RESPECT TO THE PROPERTY LOCATED AT 8318 FAIRVIEW ROAD, ELKINS PARK, PA 19027-2121

AND NOW, this 15th day of November, 2018, at **PHILADELPHIA**, upon Motion of **FEDERAL HOME LOAN MORTGAGE CORPORATION** (Movant), it is:

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that In Rem Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362(d) is granted with respect to, **8318 FAIRVIEW ROAD, ELKINS PARK, PA 19027-2121** (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to evict Debtor and any occupants and allow Movant to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that any future filings or re-filings, singularly or jointly by the Debtor or any occupants will not act as a stay against Movant, its successors or assignees, from exercising its/their rights to take immediate legal action for the enforcement of its/their right to possession of the premises, located at **8318 FAIRVIEW ROAD, ELKINS PARK, PA 19027-2121**; and it is further;

**ORDERED** that in accordance with section 362(d)(4) that a certified copy of this order may be indexed and/or recorded with any governmental unit that accepts notices of interests or liens in real property; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **FEDERAL HOME LOAN MORTGAGE CORPORATION** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

Order entered by default.

|    |                    |                          |                                              |
|----|--------------------|--------------------------|----------------------------------------------|
|    | Entered:           |                          |                                              |
| 34 | Filed & Entered:   | 11/07/2018               | 🔵 Continuance of Meeting of Creditors       |
| 35 | Filed:<br>Entered: | 11/14/2018<br>11/15/2018 | 🔵 Order on Motion For Relief From Stay      |
| 36 | Filed:<br>Entered: | 11/14/2018<br>11/16/2018 | 🔵 Hearing Held (Bk)                         |
| 37 | Filed:<br>Entered: | 11/17/2018<br>11/18/2018 | 🔵 BNC Certificate of Mailing - PDF Document |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/28/2018 20:20:02 | | | |
| **PACER Login:** | Pj1409:4192148:0 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 18-15774-elf Type: History |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

| | | | |
|---|---|---|---|
| 15 | *Filed & Entered:* | 09/05/2018 | 🔵 Court's Certificate of Mailing |
| 16 | *Filed & Entered:* | 09/06/2018 | 🔵 PDF Filed |
| 17 | *Filed:* *Entered:* | 09/06/2018 09/07/2018 | 🔵 BNC Certificate of Mailing - Voluntary Petition |
| 18 | *Filed:* *Entered:* | 09/06/2018 09/07/2018 | 🔵 BNC Certificate of Mailing - Meeting of Creditors |
| 19 | *Filed:* *Entered:* | 09/07/2018 09/08/2018 | 🔵 BNC Certificate of Mailing - PDF Document |
| 21 | *Filed:* *Entered:* | 09/12/2018 09/13/2018 | 🔵 BNC Certificate of Mailing - PDF Document |
| 22 | *Filed & Entered:* *Terminated:* | 09/14/2018 09/17/2018 | 🔵 Motion to Extend / Shorten Time |
| 23 | *Filed & Entered:* | 09/17/2018 | 🔵 Order on Motion to Extend / Shorten Time |
| 24 | *Filed:* *Entered:* | 09/19/2018 09/20/2018 | 🔵 BNC Certificate of Mailing - PDF Document |
| 25 | *Filed:* *Entered:* | 09/28/2018 10/01/2018 | 🔵 Summary of Assets and Liabilities and Certain Statistical - (for initial filing and amendments) |
| 26 | *Filed:* *Entered:* | 09/28/2018 10/01/2018 | 🔵 Schedules A/B - J |
| 27 | *Filed:* *Entered:* | 09/28/2018 10/01/2018 | 🔵 Statement of Financial Affairs |
| 28 | *Filed:* *Entered:* | 09/28/2018 10/01/2018 | 🔵 Statement About Payment of Eviction Judgment (Form 101B) |
| | *Filed:* *Entered:* | 10/01/2018 10/02/2018 | 🔵 Receipt of Installment Payment (First) |
| 29 | *Filed & Entered:* | 10/03/2018 | 🔵 Continuance of Meeting of Creditors |
| 30 | *Filed & Entered:* | 10/08/2018 | 🔵 Notice of Appearance |
| 31 | *Filed & Entered:* *Terminated:* | 10/16/2018 11/14/2018 | 🔵 Motion for Relief From Stay |
| 32 | *Filed & Entered:* | 10/16/2018 | 🔵 Notice of Motion |
| | *Filed & Entered:* | 10/17/2018 | 🔵 Automatic docket of credit card |
| 33 | *Filed &* | 10/17/2018 | 🔵 Continuance of Meeting of Creditors |

**18-15774-elf** Cheri Shakur
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Eric L. Frank
**Date filed:** 08/31/2018 **Date of last filing:** 11/17/2018

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
|  | Filed & Entered: | 08/31/2018 | Case Assigned |
| 1 | Filed & Entered: | 08/31/2018 | Voluntary Petition (Chapter 7) |
| 2 | Filed & Entered: | 08/31/2018 | Statement of Social Security Number |
| 3 | Filed & Entered: | 08/31/2018 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation (court use only) |
| 4 | Filed & Entered: | 08/31/2018 | Chapter 7 Means Test Calculation 122A-2 |
| 5 | Filed & Entered: | 08/31/2018 | Certificate of Credit Counseling |
| 6 | Filed & Entered: Terminated: | 08/31/2018 09/05/2018 | Application to Pay Filing Fees in Installments |
| 7 | Filed & Entered: | 08/31/2018 | Pro se statement |
| 8 | Filed & Entered: | 08/31/2018 | Matrix |
| 9 | Filed & Entered: | 08/31/2018 | Initial Statement of Eviction Judgment (Form 101A) |
| 20 | Filed: Entered: | 08/31/2018 09/10/2018 | Attach PDF Document |
| 10 | Filed & Entered: | 09/04/2018 | Requiring documents |
| 11 | Filed & Entered: | 09/04/2018 | Notice Appointing Trustee |
| 12 | Filed & Entered: | 09/04/2018 | Meeting of Creditors Chapter 7 No Asset |
| 13 | Filed & Entered: | 09/05/2018 | Order on Motion To Pay Filing Fees in Installments |
| 14 | Filed & Entered: | 09/05/2018 | Certified Copy of Docket Report |